**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **LINCOLN HIGH SCHOOL PRESERVATION ALUMNI ASSOCIATION, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. NO.:** 3:26-cv-2595-MGL |
| **AUTO-OWNERS INSURANCE COMPANY AND ASSUREDPARTNERS OF SOUTH CAROLINA, LLC,** | ) | |
| **Defendants.** | | |

**<u>NOTICE OF REMOVAL</u>**

Defendant AssuredPartners of South Carolina, LLC ("AssuredPartners"), by and through their undersigned counsel, hereby removes the above-captioned civil action from the Sumter County Court of Common Pleas Third Judicial Circuit in the State of South Carolina ("Sumter County Court") to the United States District Court for the District of South Carolina, Columbia Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal are as follows:

1. <u>State Court Action</u>. On May 20, 2026, Plaintiff Lincoln High School Preservation Alumni Association, Inc. ("Plaintiff") initiated this action against Defendants Auto-Owners Insurance Company ("Auto-Owners") and AssuredPartners by filing a Complaint in the Sumter County Court, Case No. 2026-CP-43-00801 ("the State Court Action").

2. <u>Service and Timeliness of Removal under 28 U.S.C. § 1446(b)</u>. On May 28, 2026, Plaintiff served AssuredPartners a copy of the Complaint and Summons. This Notice is being timely filed within the 30-day period under 28 U.S.C. § 1446(b).

3. Process, pleadings, and orders. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches as **Exhibit A** true and correct copies of all process, pleadings, and orders served upon AssuredPartners or otherwise filed in the State Court Action.

4. Venue. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1441(a) because the State Court Action is pending in Sumter County Court, which lies within the District of South Carolina, Columbia Division.

5. Basis for federal jurisdiction: Diversity of citizenship. This Court has original jurisdiction over this matter pursuant to 28 U.S.C § 1332, and this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this action involves citizens of different states.

6. Diversity of Citizenship. Complete diversity exists. Plaintiff is a South Carolina nonprofit organization. (Ex. A, *Complaint*, ¶1.) AssuredPartners is a limited liability company, and its sole member is AssuredPartners Capital Inc., which is a Delaware corporation with its principal place of business in Florida. Therefore, AssuredPartners is a citizen of Delaware and Florida for purposes of 28 U.S.C. § 1332. Defendant Auto-Owners is a citizen of Michigan. Thus, 28 U.S.C. § 1332(a) is satisfied.

7. Amount in Controversy. The amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a). In pre-suit correspondence dated March 16, 2026, Plaintiff's counsel demanded $323,326.54 in compensatory damages from Defendants, broken down as follows: (i) Theft/Vandalism: $159,192.52; (ii) Water Mitigation: $76,870.00; and (iii) Wind Damage/Roof Evaluation: $87,264.02. The Complaint does not specify a precise damages figure but seeks "actual and punitive damages, in an amount to be determined by the

jury," as well as treble damages and attorney's fees under the South Carolina Unfair Trade Practices Act, S.C. Code Ann. § 39-5-140. (*See* Ex. A-2, Complaint, ¶¶ 27, 37, 44.) The pre-suit demand alone exceeds the jurisdictional threshold. When Plaintiff's additional claims for punitive damages, statutory trebling, and attorney's fees are considered, the amount in controversy is well in excess of $75,000.

8. Unanimity. Defendant Auto-Owners' counsel consents to removal. 28 U.S.C. § 1446(b)(2)(A).

9. Preservation of defenses; no waiver by removal. By removing this action, Defendants do not waive and expressly preserves all defenses, objections, and motions under state or federal law, including but not limited to insufficient process, insufficient service of process, lack of personal jurisdiction, improper venue, and all defenses under Fed. R. Civ. P. 12.

10. Notice of Filing Notice of Removal. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Sumter County Court, and will serve written notice of the removal on the parties to the State Court Action. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

11. Defendant has complied with the requirements of Rules 83.IV.01 and 83.IV.02 of the Local Civil Rules of the United States District Court for the District of South Carolina.

12. Defendant has also complied with Local Civil Rule 26.01 by filing its Answers to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

**WHEREFORE**, consistent with this Notice, AssuredPartners of South Carolina, LLC, removes the above-described State Court Action to the United States District Court for the District of South Carolina, Columbia Division.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: */s/ Sarah M. Gable*
Sarah M. Gable #12192
First Base Building
2142 Boyce Street, Suite 401
Columbia, SC 29201
Phone: 803-252-1300
Fax: 803-254-6517
*sarah.gable@ogletreedeakins.com*

Melissa Lindley (*pro hac vice* application forthcoming)
Todd J. Kaiser (*pro hac vice* application forthcoming)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-2155
Facsimile: (317) 916-9076
*todd.kaiser@ogletree.com*
*melissa.lindley@ogletree.com*

*Attorneys for Defendant,*
*AssuredPartners of South Carolina, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Attorneys for Plaintiff, Lincoln High School Preservation Alumni Association, Inc.*

Vincent A. Sheheen
Austin M. Sheheen
SAVAGE ROYALL & SHEHEEN, LLP
P.O. Drawer 10
Camden, SC 29020
vsheheen@thesavagefirm.com
asheheen@thesavagefirm.com

Arien P. Cannon
CANNON LAW GROUP, PC
512 Rutledge Street
PO Box 532
Camden, SC 29021
acannon@dncannonlaw.com

Attorneys for Defendant, Auto-Owners Insurance Company

Mary Daniel LaFave
Deanene Thornwell
LAFAVE BAGLEY
2019 Park Street
Columbia, SC 29201
mary@lafavebagley.com
deanene@lafavebagley.com

*/s/ Sarah M. Gable*
One of the Attorneys for Defendant,
AssuredPartners of South Carolina, Inc.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
First Base Building
2142 Boyce Street, Suite 401
Columbia, SC 29201
Phone: 803-252-1300
Fax: 803-254-6517